

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-16-2010

# USA v. Bethea

Precedential or Non-Precedential: Non-Precedential

Docket No. 09-4420

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"USA v. Bethea" (2010). *2010 Decisions.* Paper 603.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/603

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 09-4420

_____

UNITED STATES OF AMERICA

v.

KEVIN LAMARR BETHEA,

Appellant

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 3-03-cr-00089-001)
District Judge:  Honorable Christopher C. Conner

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
July 16, 2010

Before:  FUENTES and VANASKIE, *Circuit Judges*, and DITTER,[*] *District Judge*.

(Filed: September 9, 2010)

_____

ORDER AMENDING OPINION AND JUDGMENT

_____


**IT IS HEREBY ORDERED** that the Opinion and Judgment filed in this

_____

[*]Honorable J. William Ditter, Jr., Senior United States District Judge for the
Eastern District of Pennsylvania, sitting by designation.

case on September 9, 2010, be amended to correct the name of the district

court judge from Honorable Joel A. Pisano to Honorable Christopher C. Connor.


For the Court,


  /s/ Marcia M. Waldron
Clerk


Dated: 16 September 2010

2